[No. 3760–II.   Division Two.   August 4, 1980.]

*In the Matter of the Marriage of* MARIE S. WAGNER,
*Appellant, and* ADOLPH G. WAGNER,
*Respondent.*

Appeal from a judgment of the Superior Court for Clark County, No. 64518, J. Guthrie Langsdorf, J. Pro Tem., entered October 10, 1978. *Affirmed* by unpublished opinion per Petrich, J., concurred in by Reed, C.J., and Petrie, J.

[No. 3983–II.   Division Two.   August 6, 1980.]

ROGER PETERMAN, *Appellant,* v. LILA
A. MILLER, *Respondent.*

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 71010, John H. Kirkwood, J., entered March 16, 1979. *Reversed* by unpublished opinion per Pearson, J., concurred in by Reed, C.J., and Petrich, J.

[No. 3809–II.   Division Two.   August 6, 1980.]

THE STATE OF WASHINGTON, *Respondent,* v. HARRY
LLOYD HASE, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 53565, James P. Healy, J., entered October 10, 1978. *Affirmed* by unpublished opinion per Pearson, J., concurred in by Reed, C.J., and Petrie, J.

[No. 3922–6–III.   Division Three.   August 5, 1980.]

*In the Matter of the Personal Restraint of*
LLOYD LOGAN, *Petitioner.*

Petition for relief from personal restraint *granted* by unpublished opinion per Green, C.J., concurred in by Munson and Roe, JJ.